DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DOLORES CANDELARIA MENDES,**
Appellant,

v.

**PAULO FERNANDO MENDES FREITAS,**
Appellee.

No. 4D2025-0350

[December 23, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Lorena V. Mastrarrigo, Judge; L.T. Case No. FMCE-18-000009.

Dolores Candelaria Mendes, Pembroke Pines, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., CONNER and SHAW, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***